UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

MICHAEL McCUNE,

        Plaintiff,

  v.

YJK ENTERPRISES, INC. dba EL DORADO HILLS CHEVRON,

        Defendant.
_____/

NO. CIV. 2:12-2353 WBS EFB

<u>ORDER OF RECUSAL</u>

----oo0oo----

        Pursuant to the provisions of 28 U.S.C. § 455(b)(4), the undersigned hereby recuses himself as the judge to whom this case is assigned because the undersigned has a financial interest in Chevron Corporation.

        IT IS THEREFORE ORDERED that the Clerk of the Court reassign this case to another judge for all further proceedings, making appropriate adjustments in the assignments of civil cases to compensate for such reassignment.

1       Any dates previously set in this case are hereby
2  VACATED.
3  DATED: September 13, 2012

           _____
           WILLIAM B. SHUBB
           UNITED STATES DISTRICT JUDGE