UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

MICHAEL McCUNE,

                                    NO. CIV. 2:12-2353 WBS EFB

            Plaintiff,

     v.                             ORDER OF RECUSAL

YJK ENTERPRISES, INC. dba EL
DORADO HILLS CHEVRON,

            Defendant.
_____/

----oo0oo----


        Pursuant to the provisions of 28 U.S.C. § 455(b)(4),
the undersigned hereby recuses himself as the judge to whom this
case is assigned because the undersigned has a financial
interest in Chevron Corporation.
        IT IS THEREFORE ORDERED that the Clerk of the Court
reassign this case to another judge for all further proceedings,
making appropriate adjustments in the assignments of civil cases
to compensate for such reassignment.

1          Any dates previously set in this case are hereby

2    VACATED.

3    DATED: September 13, 2012

4
                          _____
5                         WILLIAM B. SHUBB

6                         UNITED STATES DISTRICT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28